**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  __I__          Investigating Agency  __DEA__

**City**  __Dorchester__                    **Related Case Information:**

**County**  __Suffolk__         Superseding Ind./ Inf.  __.__          Case No.  _____
                                Same Defendant  _____          New Defendant  __Yes__
                                Magistrate Judge Case Number    __24-MJ-6413-MPK__
                                Search Warrant Case Number      __24-MJ-6416-MPK__
                                R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name  __Leudis Rafael Rivera Carmona__     Juvenile:    ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name  _____

Address   (City & State)  __Dorchester, Massachusetts__

Birth date (Yr only): __1990__  SSN (last4#): __N/A__   Sex __M__   Race: __Hispanic__   Nationality: __Dominican__

**Defense Counsel if known:**  _____          Address  _____

**Bar Number**  _____

**U.S. Attorney Information:**

**AUSA**  __Leah B. Foley__                  Bar Number if applicable  _____

**Interpreter:**   ☑ Yes   ☐ No      List language and/or dialect:   __Spanish__

**Victims:**   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☑ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    ☑ Felony  __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  06/06/2024                Signature of AUSA:  *Leah B. Foley*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Leudis Rafael Rivera Carmona

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | possession with intent to distribute controlled substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____